UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.	Case No.3:07-cr-316-J-12JRK

LEONARDO SOLAR-DUQUE
a/k/a Leonardo S. Duque

## ACCEPTANCE OF GUILTY PLEA, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 17), filed December 4, 2007, to which the parties agreed to waive the ten (10) day objection period. The plea of guilty of the Defendant to Count One of the Information is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense.

Sentencing is hereby scheduled for Wednesday, February, 6, 2008, at 10:00 a.m. before the undersigned, in Courtroom 12A, Twelfth Floor, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida.

Note: Defense counsel is directed to be in the courtroom 10-15 minutes prior to the sentencing hearing in order to meet with the interpreter and the Defendant.

**DONE AND ORDERED** this \_\_\_16th\_\_\_ day of January 2008.

*Howell W. Melton*
Senior United States District Judge

Copies to:
AUSA (Stoddard)
AFPD (Burke)
U.S. Probation (Blakely)
U.S. Marshal